UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELly HILL, )<br>      Plaintiff, )<br> )<br>  vs. )<br> )<br>MUTUAL HOSPITAL SERVICE, INC., )<br>and JOHN DOE, an as-yet unidentified )<br>employee or representative of Mutual )<br>Hospital Service, Inc., )<br>      Defendants. ) | 1:05-cv-0980-SEB-VSS |

## **JUDGMENT**

In accord with the Court's entry in the above named action, Defendant's Motion to Dismiss is <u>GRANTED</u> without prejudice.  If no amended complaint is filed within thirty (30) days of this Judgment, this dismissal shall be with prejudice.

IT IS SO ORDERED.

*[signature: Sarah Evans Barker]*

Date:  12/09/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Elliott I. Pinkie
KIGHTLINGER & GRAY
epinkie@k-glaw.com

Clifford W. Shepard
consprolaw@aol.com

Peter A. Velde
KIGHTLINGER & GRAY
pvelde@k-glaw.com